PROB 35
(Rev 1/92)

SD/FL PACTS No. 46468

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## Southern District of Florida

### CASE No. 04-35-TP-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

Eric Jesus Coalla

FILED by _____ D.C.
OCT 12 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

On May 10, 2002, the above named commenced supervised release for a period of five (5) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

U. S. Probation Officer
Bunny J. Green
Phone: (305) 412-2313

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5 day of Oct., 2006.

United States District Judge